

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00448-CV

———————————————

JERALD MILLER, Appellant

V.

TARRANT COUNTY SHERIFF DEPARTMENT, TARRANT COUNTY, AND
TARRANT COUNTY DISTRICT ATTORNEY, Appellees

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-361706-25

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

After granting an extension, Appellant's brief was due on December 31, 2025. On January 14, 2026, we notified Appellant that his brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed with the court an Appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have received no response.

Because Appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: February 12, 2026